# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Yvette James,

Plaintiff(s),

v.

Cook County, et al.,

Defendant(s).

Case No. 22-cv-3232
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants Cook County, Cook County Sheriff's Office, and NNOC Nursing Union, and against plaintiff Yvette James.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for summary judgment.

Date: 2/28/2025

Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea , Deputy Clerk